# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154987(20)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

JOHNNY TIPPINS,
            Defendant-Appellant.

_____/

SC: 154987
COA: 333602
Wayne CC: 02-001578-01-FC

On order of the Chief Justice, the motion of defendant-appellant to file a supplemental pleading in support of the application for leave to appeal is GRANTED. The supplemental pleading will be accepted as timely filed if submitted on or before April 7, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017



Clerk